IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
EL DORADO DIVISION

RANDY MILLER                                                                                         PLAINTIFF

vs.                                             Civil No. 1:11-cv-1066

MICHAEL J. ASTRUE                                                                              DEFENDANT
Commissioner, Social Security Administration

## JUDGMENT

Before the Court is the Report and Recommendation filed on January 3, 2013 by the Honorable Barry A. Bryant, United States Magistrate Judge for the Western District of Arkansas. (ECF No. 8).  Judge Bryant recommends this case be dismissed for failure to prosecute and failure to follow an order of the Court.  The parties have not filed objections to the Report and Recommendation, and the time to object has passed. *See* 28 U.S.C. § 636(b)(1). Accordingly, the Court adopts the Report and Recommendation *in toto*. This matter is hereby **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED this 4th day of February, 2013.

/s/ Susan O. Hickey
Hon. Susan O. Hickey
United States District Judge